# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Matthew Dusek, | ) | Case No.  1:21-cr-145 |
| | ) | |
| Defendant. | ) | |

Defendant made his initial appearance in this case and was arraigned on August 9, 2021. (Doc. No. 6).  The court provisionally appointed the Federal Public Defender's Office to represent defendant and directed defendant to provide additional information regarding his finances to assist it in determining whether he qualified for court-appointed counsel.  (Doc. Nos. 6, 7).

Upon reviewing additional financial information provided by defendant, the court concluded that he did not qualify for court-appointed counsel. Consequently, on August 12, 2021,  the court issued an order that (1) continued the Federal Public Defender Office's appointment until defendant retained counsel, and (2) required defendant make monthly payments in the interim to the Clerk's office to cover the cost of his defense. (Doc. No. 19).

On August 27, 2021, defendant filed a notice of substitution of counsel in which he advised that he has retained counsel.   (Doc. No. 20).  Because defendant has retained counsel, the court **VACATES** its order of August 12, 2021 (Doc. No. 19) that required defendant to make monthly payments to the Clerk's office to cover the cost of his defense.

**IT IS SO ORDERED.**

Dated this 30th day of August, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court